JOSEPH H. DIECKMAN JR., v. THE COMMERCIAL TRIBUNE Co.

HOSEA, J.

Heard on motion to strike out.

So far as the innuendo, by the words *"that the plaintiff had been guilty of acting the role of detective and of assisting a detective agency,"* seeks to convey the idea that

the article charges plaintiff with assisting a detective agency by assuming a part—that is, falsely impersonating a detective—it does not explain, but contradicts the article quoted. The article describes Dieckman as "of the Grannan Detective Agency," which can only mean that he is a detective and a member of said agency.

The ·office of the innuendo is to connect the plaintiff with the article and to explain ambiguous terms. It can not be used to enlarge or prevent a meaning clearly expressed (8 Q. B., 825; 7 Q. B., 280).

The words first above quoted must be stricken out as impertinent; and it is so ordered. Motion granted in part; denied in part.

*Thomas L. Michie,* for plaintiff.
*Pogue & Pogue,* for the motion.

